UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR-05-2064-WFN |
| Plaintiff, ) | |
| ) | ORDER |
| -vs- ) | |
| ) | **United States Marshal Service** |
| CELSO VELADOR-NESTA, ) | **Action Required** |
| Defendant. ) | |

Pending before the Court is the Defendant's Motion to Dismiss the Indictment. (Ct. Rec. 33). The Defendant is represented by Nicholas Marchi; Assistant United States Attorney Donald Kresse represents the Government.

In his Motion, Defendant argues that a procedural defect renders the deportation order infirm and therefore the Government will be unable to establish an essential element of the crime. The Government does not admit the allegations contained in the Defendant's motion, but concurs that the Indictment should be dismissed. Accordingly,

**IT IS ORDERED** that:

1. The Defendant's Motion to Dismiss the Indictment, Ct. Rec. 33, is **GRANTED**.

2. The Indictment, **Ct. Rec. 1**, is **DISMISSED**.

The District Court Executive is directed to file this Order and provide copies to counsel AND TO the United States Marshal Service.

**DATED** this 12th day of January, 2006.

01-12

                                  s/ Wm. Fremming Nielsen
                                  WM. FREMMING NIELSEN
                       SENIOR UNITED STATED DISTRICT JUDGE

ORDER